UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCIS ASSIFUAH,                                      :
                                                                        :
                Movant,                   :         **ORDER**
                                                                        :
   -against-                                             :         20-CV-6163 (AT)(KNF)
                                                                        :         15-CR-616 (AT)
UNITED STATES OF AMERICA,                 :
                                                                        :
                Respondent.          :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 22, 2020, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                    SO ORDERED:
            December 2, 2020

                                                                                      _/s/ Kevin Nathaniel Fox_
                                                                                     KEVIN NATHANIEL FOX
                                                                                      UNITED STATES MAGISTRATE JUDGE